IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of | Case No. 09-34637 |
| | Chapter 7 |
| ROSAS, WENDY JO, | |
| Debtor. | |

## NOTICE OF UNCLAIMED FUNDS

Trustee, Jacqueline Sells Homann, submits her Notice of Unclaimed Funds as follows:

| | |
|---|---|
| PRA Receivables Management, LLC as agent of Duke Energy Shared Services, Inc.<br>EF 367 – PO Box 960<br>Cincinnati, OH 46273-9598 | $8.77 |
| Verizon<br>404 Brock Drive<br>Bloomington, IL 61701 | $48.26 |

Dated: August 17, 2011       Respectfully submitted,

/s/Jacqueline Sells Homann
Jacqueline Sells Homann
Jones Obenchain, LLP
600 KeyBank Building
202 South Michigan Street
Post Office Box 4577
South Bend, Indiana 46634
Telephone:  (574) 233-1194
Facsimile:   (574) 233-8957
Email:        jshtrustee@jonesobenchain.com

1
NOTICE OF UNCLAIMED FUNDS

CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August 2011, a true and correct copy of the above and foregoing Notice of Unclaimed Funds was served as follows:

Amber L. Blackford
blackfordlaw@kconline.com

United States Trustee
ustpregion10.so.ecf@usdoj.gov

Wendy Jo Rosas
1018 Madison Street
Rochester, IN 46975

/s/ Jacqueline Sells Homann
Jacqueline Sells Homann